**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**LUIS A. GUZMAN-BATISTA,**<br>Defendant. | **INDICTMENT**<br><br>Criminal No. 12 - 759<br><br>Violation:<br>18 <u>U.S.C.</u> § 922(n) and § 924(a)(1)(D);<br><br>Forfeiture:<br>18 <u>U.S.C.</u> § 924(d)(1); 28 <u>U.S.C.</u> § 2461(c)<br>(ONE COUNT) |

RECEIVED&FILED
CLERK'S OFFICE
OCT 2 4 2012
US DISTRICT COURT
SAN JUAN, PR

**THE GRAND JURY CHARGES**

<u>COUNT ONE</u>
**Illegal Receipt of a Firearm or Ammunition by a Person Under Indictment**
**(Title 18, <u>United States Code</u>, Section 922(n) and 924(a)(1)(D))**

On or about October 18, 2012, in the District of Puerto Rico and within the jurisdiction of this Court,

**LUIS A. GUZMAN-BATISTA,**

the defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Article 106 of Puerto Rico Criminal Code, Murder Degrees, Criminal Case Number J VI 2010-G0020; Article 5.04 of Puerto Rico Firearms Law, Criminal Case Number J LA 2009-G0360; Article 5.15 of Puerto Rico Firearms Law, Criminal Case Number J LA 2009-G0360, did willfully receive, ammunitions, that is, six (6) rounds of 9mm caliber ammunition, said ammunition, having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, <u>United States Code</u>, Section 922(n) and 924(a)(1)(D).

1

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (Title 18, United States Code, Section 924(d)(1) &
### Title 28, United States Code, Section 2461(c))

The Grand Jury further finds that:

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **LUIS A. GUZMAN-BATISTA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunitions involved or used in the commission of the offense, including, but not limited to: six (6) rounds of 9mm caliber ammunition.

All pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

TRUE BILL

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
**United States Attorney**

José Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

José Capó-Iriarte
Assistant United States Attorney
Deputy Chief, Narcotics Unit

**Amanda C. Soto-Ortega**
Special Assistant United States Attorney

FOREPERSON

Date: _10 / 24 / 2012_

2